**LEE v. BRIAN CTR.**

[357 N.C. 575 (2003)]

MARY TATE LEE, Employee v. BRIAN CENTER, Employer and SELF-INSURED/KEY RISK MANAGEMENT SERVICES, Servicing Agent

No. 651PA02

(Filed 7 November 2003)

On writ of certiorari pursuant to N.C.G.S. § 7A-32(b) of an unpublished decision of the Court of Appeals, 153 N.C. App. 200, 569 S.E.2d 32 (2002), reversing an opinion and award entered by the North Carolina Industrial Commission on 11 December 2000 and remanding to the full Commission to enter findings of fact and conclusions of law. Heard in the Supreme Court 15 October 2003.

*Waymon L. Morris for plaintiff-appellee.*

*Young Moore and Henderson P.A., by J.D. Prather and Michael W. Ballance, for defendant-appellant.*

PER CURIAM.

WRIT OF CERTIORARI IMPROVIDENTLY ALLOWED.